# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CHRISTOPHER SCOTT SKELTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-563

———————————————

February 16, 2024

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.